Ahren A. Tiller, Esq., SBN 250608
**BANKRUPTCY LAW CENTER**
1230 COLUMBIA STREET, SUITE 1100
SAN DIEGO, CA  92101
Telephone: 619-894-8831
Facsimile:  866-444-7026
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>JIMMY W. SHARP<br><br><br><br><br>Debtors. | Case No. 11-02258-LA7<br><br>**NOTICE OF WITHDRAWAL OF DEBTOR'S MOTION FOR CONTEMPT FOR VIOLATION OF THE DISCHARGE INJUNCTION, DOCKET NO. 26, AND REQUEST TO TAKE MATTER OFF CALENDAR AND WITHDRAWAL OF ANY AND ALL DOCUMENTS RELATING THERETO.** |

**TO THE ABOVE-ENTITLED COURT AND ALL INTERESTED PARTIES:**

NOTICE IS HEREBY GIVEN THAT the Debtor's Motion for Contempt for Violation of the Discharge Injunction, Docket #26, and any and all documents related thereto filed by JIMMY W. SHARP, are hereby withdrawn. The Debtor requests the matter be taken off calendar.

The Debtor hereby agrees to withdraw their Motion for Sanctions against MIRABELLA POINT COMMUNITY ASSOCIATION.  Pursuant to a settlement agreement between all parties, the Debtor requests that his Motion be denied with Prejudice.

DATED   January 16, 2013                      Respectfully Submitted,

                                              BANKRUPTCY LAW CENTER

                                              By:/s/ Ahren A. Tiller___
                                                  Ahren A. Tiller, Esq.
                                                  Attorney for Debtor

**NOTICE OF WITHDRAWAL**

**PROOF OF SERVICE**

I, Fabiana Ferlita, the undersigned, declare and certify as follows:

    I am over the age of eighteen years and not a party to the within action and employed in the County of San Diego, State of California. I am employed in the office of Bankruptcy Law Center, by members of the Bar of the State of California who are admitted to practice in the above-entitled Court and I made the service referred to below at their direction. My business address is 1230 Columbia St., Ste 1100 San Diego, Ca 92101.

On *January 16, 2013*, I served true and correct copies of the following documents:

**NOTICE OF WITHDRAWAL OF DEBTOR'S MOTION FOR CONTEMPT FOR VIOLATION OF THE DISCHARGE INJUNCTION, DOCKET NO. 26, AND REQUEST TO TAKE MATTER OFF CALENDAR AND WITHDRAWAL OF ANY AND ALL DOCUMENTS RELATING THERETO.**

By the following method(s): *First Class Pre-Paid U.S. Mail and ECF/Electronic Notice*

On the following parties:

**SEE ATTACHED SERVICE LIST.**

    Executed on *January 16, 2013,* at San Diego, California.

                                            /s/ Fabiana Ferlita
                                            Fabiana Ferlita
                                            Legal Administrator
                                            Bankruptcy Law Center
                                            1230 Columbia St., Ste 1100
                                            San Diego, Ca 92101

**NOTICE OF WITHDRAWAL**

**SERVICE LIST**

United States Trustee
Department of Justice
402 W Broadway, Ste. 600
San Diego, CA 92101

James L. Kennedy
Chapter 7 Trustee
PO BOX 28459
San Diego, CA 92198

Mirabella Point Community Association
2355 Northside Dr. Ste. 350
San Diego, CA 92108

J.D. Richardson Company
Agent for Service of Process for
Mirabella Point Community Association
2355 Northside Dr., Ste. 350
San Diego, CA 92108

Law Offices of Richard Salpietra
PO BOX 9574
Rancho Santa Fe, CA 92067

Law Offices of Richard Salpietra
16236 San Dieguito Rd.
Rancho Santa Fe, CA 92091