TENTATIVE RULING

ISSUED BY JUDGE LOUISE DeCARL ADLER

Debtor: JIMMY W. SHARP
Number: 11-02258-LA7

Hearing: 02:00 PM   Thursday, January 24, 2013

Motion: MOTION FOR CONTEMPT AND SANCTIONS FOR VIOLATION OF THE DISCHARGE INJUNCTION BY MIRABELLA POINT HOMEOWNER'S ASSOCIATION

**MATTER OFF CALENDAR**.   This matter has been settled per ECF #30 withdrawing the motion.

No appearances required.